UNITES STATES DISTRICT COURT,
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN DOE,

    Plaintiff,

    v.                                      CASE NO.; 4:13-cv-00378-RH-CAS
                                            District Judge: Robert L. Hinkle

Adolfo C. DULAY, M.D. and             Magistrate Judge: C.A. Stampelos
Adolfo C. DULAY, M.D., P.A.,

    Defendants.
_____/

## STATE OF FLORIDA'S MOTION TO DISMISS

      The State of Florida, through Attorney General Pamela Jo Bondi, moves to dismiss this case pursuant to Federal Rules of Civil Procedure 12(b)(1), and (6). This Court lacks subject matter jurisdiction because Plaintiff does not have standing. Plaintiff has also failed to state a claim on which relief can be granted. The State's Memorandum of Law in Support of Motion to Dismiss and in Opposition to Motion for Preliminary Injunction has been filed together with this motion.

                                                  Respectfully Submitted,

                                                  PAMELA JO BONDI
                                                  ATORNEY GENERAL OF FLORIDA


                                                  *s/ Allen Winsor*_____
                                                  Allen Winsor (FBN 016925)
                                                  Solicitor General
                                                  Allen.Winsor@myfloridalegal.com
                                                  Albert J. Bowden, III (FBN 802190)
                                                  Senior Assistant Attorney General
                                                  Al.Bowden@myfloridalegal.com
                                                  Diane G. DeWolf (FBN 059719)
                                                  Deputy Solicitor General

        Diane.DeWolf@myfloridalegal.com
        Office of the Attorney General
        PL-01, The Capitol
        Tallahassee, Florida 32399-1050
        (850) 414-3300
        (850) 410-2672 (FAX)
            *Counsel for the State of Florida*