UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLEN MURPHY

 VS              CASE NO.  4:13-cv-00378-RH-CAS

ALDOLFO C DULAY

**JUDGMENT**

 It is declared that an authorization that a patient is required to provide under Florida Statutes § 766.1065 does not authorize a healthcare provider to disclose health information about the patient in an ex parte interview (that is, in an interview when the patient or the patient's attorney is not present).

 The defendants Aldolfo C. Dulay, M.D., and Aldolfo C. Dulay, M.D., P.A., must not ask for or obtain health information regarding the plaintiff Glen Murphy in an ex parte interview (that is, in an interview when the plaintiff Glen Murphy or his attorney is not present), unless the interview is authorized in accordance with 45 C.F.R. § 164.512(e) or Mr. Murphy voluntarily consents. For purposes of this injunction, consent given only in an authorization that is required by Florida law as a presuit condition is not voluntary.

 This injunction binds Aldolfo C. Dulay, M.D., and Aldolfo C. Dulay, M.D., P.A., and their officers, agents, servants, employees, and attorneys—and others in active concert or participation with any of them—who receive actual

notice of this injunction by personal service or otherwise. Included in the persons who are bound are insurers and adjusters who receive notice and who do or may have a duty to defend or indemnify these defendants in any medical-negligence claim brought by the plaintiff Glen Murphy.

|  | JESSICA J. LYUBLANOVITS<br>CLERK OF COURT |
|---|---|
|  | s/ Debi Boone |
| September 25, 2013<br>DATE | Deputy Clerk: Debi Boone |